# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES A. TREGO** | ) | Civil Action No.: 2:05-CV-0022 |
| Plaintiff, | ) | Judge Algernon Marbley |
| v. | ) | Magistrate Judge Mark Abel |
| **MEDTRONIC USA, INC. AND MEDTRONIC, INC.** | ) | **STIPULATED DISMISSAL** |
| Defendant. | ) | |

Plaintiff James Trego and Defendants Medtronic, Inc. and Medtronic USA, Inc. hereby stipulate to the dismissal of this action pursuant to the terms of Rule 41(a)(1), Federal Rules of Civil Procedures as to all parties, the parties having resolved all matters in dispute between them. This dismissal shall be entered on the docket of the court as having been made with prejudice at Defendant's cost.

Respectfully submitted,

s/Thomas M. Parker/per email consent
**Thomas M. Parker, 0004956**
Parker, Leiby, Hanna & Rasnick, LLC
388 South Main Street, Suite 402
Akron, Ohio 44311
Phone: (330) 253-2227
Fax: (330) 253-1261
Email: tparker@neolaw.biz
*Attorney for Defendants*

s/Donald J. Kral
**Donald J. Kral, 0042091**
Elk & Elk Co., LPA
6110 Parkland Blvd
Mayfield Heights, Ohio 44124
Phone: (440) 442-6677
Fax: (440) 442-7944
Email: djkral@elkandelk.co
*Attorney for Plaintiff*